# Court of Appeals
# of the State of Georgia

ATLANTA,   April 02, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1472.  TERRY L. MCMILLAN v. J. KELLER, WARDEN, et al.**

Terry L. McMillan, pro se, filed this direct appeal seeking review of the trial court's denial of his request for leave to file a petition for a writ of habeas corpus as a pauper. Because the Supreme Court has jurisdiction over appeals in habeas corpus cases, McMillan's appeal is hereby TRANSFERRED to the Supreme Court for disposition. Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/02/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*